UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
IN RE: PARK WEST GALLERIES, INC., :     Index No.: 1:12-md-02378-CM
      LITIGATION :     ECF CASE
:
:     **STIPULATION OF DISMISSAL**
:     **WITH PREJUDICE**
-----------------------------------------------------------X

    Plaintiff PARK WEST GALLERIES, INC. and defendants THERESA FRANKS and GLOBAL FINE ART REGISTRY, L.L.C., by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to dismissal with prejudice of all claims brought or that could have been brought by each of them against the other in this action, with each of the parties to bear their own respective attorneys' fees and costs.

DATED: October 22, 2012.

                                                        Respectfully submitted,

Anthony N. Gaeta                          Michael R. Futterman
*Attorneys for Theresa Franks and*        *Attorneys for Park West Galleries, Inc.*
*Global Fine Art Registry, L.L.C.*          McCusker, Anselmi, Rosen & Carvelli, P.C.
Levine DeSantis, P.C.                      805 Third Avenue, 12th Floor
150 Essex Street, Suite 303             New York, New York 10022
Millburn, New Jersey 07041

By: /s Anthony N. Gaeta               By:_____/s/_____
    Anthony N. Gaeta                      Michael R. Futterman
    Bar No. AG-9922                       Bar No. 672381