UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                        :     Index No.: 1:12-md-02378-CM
IN RE: PARK WEST GALLERIES, INC.,       :     ECF CASE
    LITIGATION                          :
                                        :     **STIPULATION OF DISMISSAL**
                                        :     **WITH PREJUDICE**
------------------------------------------------------X

Plaintiff PARK WEST GALLERIES, INC. and defendants THERESA FRANKS and

GLOBAL FINE ART REGISTRY, L.L.C., by and through undersigned counsel, pursuant to

Federal Rule of Civil Procedure 41(a), hereby stipulate to dismissal with prejudice of all claims

brought or that could have been brought by each of them against the other in this action, with

each of the parties to bear their own respective attorneys' fees and costs.

DATED: October 22, 2012.

                                        Respectfully submitted,

Anthony N. Gaeta                        Michael R. Futterman
*Attorneys for Theresa Franks and*       *Attorneys for Park West Galleries, Inc.*
 *Global Fine Art Registry, L.L.C.*       McCusker, Anselmi, Rosen & Carvelli, P.C.
Levine DeSantis, P.C.                   805 Third Avenue, 12th Floor
150 Essex Street, Suite 303             New York, New York 10022
Millburn, New Jersey 07041


By: /s Anthony N. Gaeta                  By:_____/s/_____
    Anthony N. Gaeta                          Michael R. Futterman
    Bar No. AG-9922                           Bar No. 672381




SO ORDERED:

12/3/12